IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALSCO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-1631-CFC |
| | ) |
| PREMIER OUTSOURCING PLUS, | ) |
| LLC, ROBERT PACITTI, | ) |
| KHALEIM DIXON, LUDOVICO | ) |
| ORIENTE and DRYCLEAN | ) |
| CENTRAL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 5th day of August, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on July 15, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 25) is adopted.

2. Defendant Ludovico Oriente's motion to dismiss (D.I. 13) is denied.

3. Plaintiff shall properly serve Defendant Oriente on or before **September 8, 2020.**

_____
United States District Judge