IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALSCO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-1631-CFC |
| | ) |
| PREMIER OUTSOURCING PLUS, | ) |
| LLC, ROBERT PACITTI, | ) |
| KHALEIM DIXON, LUDOVICO | ) |
| ORIENTE and DRYCLEAN | ) |
| CENTRAL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 5th day of August, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on July 22, 2020, and upon review of the August 4, 2020 letter from counsel for Defendants Premier Outsourcing Plus, LLC, Robert Pacitti, Khaleim Dixon and DryClean Central stating that they will not be filing objections to the Report and Recommendation and that they do not object to allowing Plaintiff to amend;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 26) is adopted.

2. Defendants' motion to dismiss (D.I. 14) is granted-in-part and denied-in-part.

3. Plaintiff shall file its amended complaint on or before **August 19, 2020**.

                                        United States District Judge